Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00695-CV

**MARK MCGOWAN AND BEVERLY KIRKPATRICK MCGOWAN, Appellants**

**V.**

**MEADOWWOOD PARK RANCH ESTATES**
**HOMEOWNERS ASSOCIATION, Appellee**

## ORDER

Appellants' September 18, 2012 motion to extend the time for filing a motion for rehearing

is **GRANTED**. Appellants' motion for rehearing, received on September 18, 2012 is **ORDERED**

filed as of the date of this order.


DAVID L. BRIDGES
JUSTICE